UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Apr 25, 2019
SEAN F. McAVOY, CLERK

SHERRY OLIN, individually,

    Plaintiff,

v.

COLUMBIA VALLEY COMMUNITY HEALTH, a Washington Nonprofit Corporation; JENNIFER VAZQUEZ-BRYAN, M.D., individually; JOHN AND JANE DOES 1-10; and UNITED STATES OF AMERICA,

    Defendants.

NO. 2:19-cv-00014-SAB

**ORDER DISMISSING DEFENDANT STEWART M. KERR, M.D. WITH PREJUDICE**

Before the Court is a Stipulated Motion to Dismiss with Prejudice and to Amend Caption, ECF No. 12. Pursuant to Fed. R. Civ. P. 41(a) and the joint wishes of the parties, Defendant Stewart M. Kerr M.D. is dismissed from the above-captioned action with prejudice, and the caption shall be so amended.

//
//
//
//
//
//
//

**ORDER DISMISSING DEFENDANT STEWART M. KERR, M.D. WITH PREJUDICE ~ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The Parties' Stipulated Motion to Dismiss With Prejudice and to Amend Caption, ECF No. 12, is **GRANTED**.
2. All of Plaintiffs' remaining claims against Defendant Stewart M. Kerr, M.D., are **DISMISSED WITH PREJUDICE**. There is no award of attorneys' fees or costs to any party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel

**DATED** this 25th day of April, 2019.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING DEFENDANT STEWART M. KERR, M.D. WITH PREJUDICE ~ 2**