FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 08, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHERRY OLIN, individually,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COLUMBIA VALLEY COMMUNITY HEALTH, a Washington Nonprofit Corporation, STEWART M. KERR, M.D., individually, JENNIFER VAZQUEZ-BRYAN, M.D., individually, JOHN and JANE DOES 1-10, and UNITED STATES OF AMERICA,<br><br>　　　　Defendants. | NO. 2:19-CV-00014-SAB<br><br>**ORDER OF DISMISSAL** |

　　Before the Court is the parties' Stipulation for Voluntary Dismissal with Prejudice and Without Fees or Costs, ECF No. 25. The parties stipulate and request the Court dismiss this matter with prejudice, and without costs or attorney fees to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

//

//

**ORDER OF DISMISSAL** * 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Voluntary Dismissal with Prejudice and Without Fees or Costs, ECF No. 25, is **ACCEPTED and ENTERED into the record**.

2. This matter is **DISMISSED with prejudice** and without costs or attorney fees to any party.

3. Any pending motions are **dismissed as moot**.

4. The trial date and any remaining pretrial deadlines are **stricken**

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** this file.

**DATED** this 8th day of June 2020.



Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL** * 2